## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **JAMES REID,** | ) | **CASE NO. 1:11CV01883** |
| | ) | |
| Plaintiff, | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **NOTICE** |
| | ) | |
| **BUREAU OF COLLECTION RECOVERY,** | ) ) | |
| | ) | |
| Defendant. | ) | |

**TAKE NOTICE** that the above-captioned case has been set for a scheduling conference before the Honorable James S. Gwin, United States District Judge, on September 30, 2011, at 11:00 a.m., **Carl B. Stokes U.S. Courthouse, 801 W. Superior Ave., Chambers 18A, Cleveland, Ohio.** COUNSEL, PARTIES AND INDIVIDUALS WITH FULL SETTLEMENT AUTHORITY ARE REQUIRED TO ATTEND.

        **GERI M. SMITH**
        **Clerk of Court**

By: *s/ Gwen Mackey*
     Gwen Mackey
     Courtroom Deputy
     330-252-6050

**ATTACHED TO THIS NOTICE IS THIS COURT'S CASE MANAGEMENT CONFERENCE SCHEDULING ORDER WHICH IS NORMALLY FILED UPON THE SCHEDULING OF SUCH A CONFERENCE. THIS ORDER IS BEING PROVIDED TO COUNSEL FOR INFORMATION PURPOSES AS THIS CASE WAS FILED IN NOVEMBER OF 2010, AND TRANSFERRED TO THIS DISTRICT WITH ASSIGNED DATES. THOSE DATES MAY CHANGE AT THE TIME OF THE SEPTEMBER 30, 2011, SCHEDULING CONFERENCE. HOWEVER, COUNSEL ARE EXPECTED TO FAMILIARIZE THEMSELVES WITH THE CONTENTS OF THE ATTACHED ORDER AND ARE EXPECTED TO FILE THE REPORT OF THE PARTIES PLANNING MEETING (ATTACHMENT I) TO THE CASE MANAGEMENT CONFERENCE SCHEDULING ORDER.**