IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES REID, | ) | CASE NO. 1:11CV01883 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BUREAU O F COLLECTION RECOVERY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon representation of counsel that the above-captioned case has been settled between the parties, IT IS ORDERED that the docket be marked, "settled and dismissed with prejudice."

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement. *See Cuquenan v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Dated: October 21, 2011        *s/ James S. Gwin*
                               JUDGE JAMES S. GWIN
                               UNITED STATES DISTRICT JUDGE